FILED ENTERED
LODGED RECEIVED
OCT - 4 2002
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM ALLEN LEGG :

v. : CIVIL ACTION NO. DKC-02-3040

JOHN DUNIGHAN, JUDGE, HARFORD COUNTY DISTRICT COURT :

:

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WILLIAM ALLEN LEGG :

v. : CIVIL ACTION NO. DKC-02-3042

COMMISSIONER OF POLICE, BALTIMORE CITY POLICE :

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

In accordance with the foregoing Memorandum, **IT IS** this 3rd day of October, 2002 by this Court hereby **ORDERED**:

1. That the above-captioned cases **ARE CONSOLIDATED** for the purpose of preliminary review;

2. That the above-captioned cases **ARE DISMISSED WITHOUT PREJUDICE**;

3. That plaintiff **IS GRANTED** leave to file *in forma pauperis*;

4. That the various Motions for discovery, appointment of counsel, selection of jurors, pretrial settlement discussions and issuance of summons **ARE DENIED and DISMISSED**;

MICROFILMED
OCT 7 2002

5. That the Clerk of Court **CLOSE** these cases; and

6. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to **plaintiff.**

DEBORAH K. CHASANOW
United States District Judge